```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 10-81117-CIV-MIDDLEBROOKS
                         MAGISTRATE JUDGE P. A. WHITE
```

GARY HAGGINS, JR.,                  :

    Movant,                         :

v.                                  :          REPORT OF
                                               MAGISTRATE JUDGE
UNITED STATES OF AMERICA,           :              (DE#7)

    Respondent.                     :
_____

    The pro-se movant, Gary Haggins, filed a motion to vacate in Case No. 10-81117-Civ-Middlebrooks, attacking his conviction in Case No. 08-80094-Cr-Middlebrooks. This Cause is before the Court upon the government's motion for consolidation (DE#7), and review of the motion to vacate.

    The movant filed a prior motion to vacate, attacking this same criminal conviction, assigned Case No. 10-81098-Civ-Middlebrooks. That motion is pending in this Court. The government has moved to consolidate this case with the movant's prior motion to vacate. Upon review of the government's motion, it appears that rather than consolidate the two motions, this case should be dismissed as duplicative of Case No. 10-81098-Civ-Middlebrooks.

    It is therefore recommended as follows:

    1. The government's motion for consolidation (DE#7) be denied.

    2. This higher numbered case be dismissed as duplicative.

   3. The movant be permitted to amend his motion to vacate in Case no. 10-81098-Civ-Middlebrooks, if he wishes to add any additional claims. This is not a waiver of any applicable procedural bar.

   Objections to this Report may be filed within fourteen days following receipt.

   Dated this 4th day of October, 2010.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE


cc:   Gary Haggins, Jr., <u>Pro Se</u>
      Reg#73340-004
      FCI-Jesup
      Address of Record

      Karen Atkinson, AUSA
      West Palm Beach Office of US Attorney
      Address of record